IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALLEN LEE HOLLIE, SR, : | |
| : | |
| Plaintiff, : | |
| v. : | Case No. 5:21-CV-347-TES-MSH |
| : | |
| PHYSICIAN ASSISTANT DURDEN, : | |
| : | |
| Defendant. : | |
| _____ : | |

**ORDER**

Pending before the Court is Plaintiff's motion for discovery (ECF No. 23). Plaintiff moves for an order compelling Defendant to provide Plaintiff with medical records of a biopsy performed at Augusta State Medical Prison in November 2021. Mot. for Disc. 1, ECF No. 23. Under the Local Rules of the United States District Court for the Middle District of Georgia, "[m]otions to compel disclosure or discovery will not be considered unless they contain a statement certifying that movant has in good faith conferred or attempted to confer with the opposing party in an effort to secure the information without court action." M.D. Ga. L. R. 37. Plaintiff failed to attach a statement indicating he attempted to confer with Defendant concerning the discovery request raised in his motion to compel. His motion to compel is thus improper, and therefore, is **DENIED**.

SO ORDERED, this 28th day of June, 2022.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE